1  RUSSELL, MIRKOVICH & MORROW
   Joseph N. Mirkovich, SBN.: 45644
2  Margaret E. Morrow, SBN.: 145306
   Anne M. Grignon, SBN.: 230355
3  One World Trade Center, Suite 1280
   Long Beach, California  90831-1280
4  (562) 436-9911 / fax (562) 436-1897

5  Attorneys for Plaintiffs
   HUAREN INTERNATIONAL, INC., and
6  VERSATILE INTERNATIONAL CORP. USA

JS-6

7
8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

11 HUAREN INTERNATIONAL, INC.;      )  CASE NO.: CV-08-3437 PA (AGRx)
   VERSATILE INTERNATIONAL         )
12 CORP., USA,                     )  Honorable:   Judge Percy Anderson
                 Plaintiffs,       )  Department:  15
13                                 )
              vs.                  )  STIPULATION FOR DISMISSAL
14                                 )  WITH PREJUDICE AND ORDER
   NORASIA CONTAINER LINES         )  THEREON
15 LIMITED; CSAV GROUP (CHINA)     )
   SHIPPING CO., LTD.; CSAV        )
16 AGENCY, LLC; CSAV NORASIA       )
   LINER SERVICES; DOES 1          )
17 THROUGH 50, INCLUSIVE           )
                                   )
18            Defendants.          )
                                   )
19

20    **IT IS HEREBY STIPULATED** by and between the parties, by and

21 through their undersigned attorneys, who have the consent of their clients, that the

22 complaint of plaintiffs HUAREN INTERNATIONAL, INC. and VERSATILE

23 INTERNATIONAL CORP. USA shall be dismissed with prejudice but without

24 costs or attorney fees to either party, and that judgment of dismissal with prejudice

25 ///
26 ///
27 ///
28 ///

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1  may be entered without further notice.
2  Dated: September 2, 2008

*signature*
JOSEPH N. MIRKOVICH

Attorney for Plaintiffs
HUAREN INTERNATIONAL, INC.,
and
VERSATILE INTERNATIONAL
CORP. USA

*signature*
GERALD L. GORMAN

Attorney for Defendant
CSAV AGENCY, LLC

**ORDER**

15  **IT IS SO ORDERED:**

17  Dated:  9/3/08

*signature*
U.S. DISTRICT COURT JUDGE